39

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 0 1 1998
Michael N. Milby
Clerk of Court

Ramon Martin Arambula §
§
§
versus §    CIVIL ACTION B 95-107
§
§
Cameron County Sheriff's §
Department §

United States District Court
Southern District of Texas
ENTERED
SEP 0 2 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _September 1_, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge