United States District Court
Southern District of Texas
ENTERED
SEP 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 23 1998
Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RAMON MARTIN ARAMBULA, | § |
| Plaintiff(s), | § |
| v. | § CIVIL ACTION NO. B-95-107 |
| CAMERON COUNTY SHERIFF'S DEPARTMENT, ET AL, | § |
| Defendant(s). | § |

## ORDER APPOINTING COUNSEL

Attorney RICARDO M. ADOBATTI is appointed to represent Plaintiff RAMON MARTIN ARAMBULA in this action pursuant to 28 U.S.C. §1915 (e) (1). Mr. Adobatti will be reimbursed for expenses incurred.

DONE at Brownsville, Texas, this 23 day of September 1998.

_____
Hilda G. Tagle
United States District Judge