42

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
SEP 23 1998
Michael N. Milby
Clerk of Court

Ramon Martin Cranbula §
versus §
§ CIVIL ACTION B-95-107
§
Dept. Cameron County §
Sheriff's Dept. et al §

United States District Court
Southern District of Texas
ENTERED
SEP 23 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

### Order Setting Conference

1. A pre-trial conference will be held on:

    November 24, 1998

    at 11:30 A..m.

    in Judge Tagle's Chambers
    United States Court House
    500 East Tenth Street, Room 428
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

4. For the convenience of out-of-town counsel, the court will allow them to participate by telephone. Make this request to the case manager in writing well in advance of the conference date. No confirmation will be made, and the court will initiate the call.

Signed on 23rd September, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
ptrlcnfddl.