47

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
ENTERED

MAR 30 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Ramon Martin Aranbula §
§
versus §    CIVIL ACTION B-95-107
§
§
Dept. Cameron County Sheriff's §
Dept.

### Order Setting Hearing

1. A hearing (Motion) will be held before Judge Hilda G. Tagle on:

      5-21, 1999

    at 10:00 a.m.

    Courtroom, Fourth Floor
    United States Courthouse
    500 East Tenth Street
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed on March 30th, 1999, at Brownsville, Texas.

                        Hilda Tagle
                        Hilda G. Tagle
                        United States District Judge

o.
mhrgddl.