49

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

*Arambula*

versus

*Cameron County Sheriff*

§
§
§
§
§
§
§
§

CIVIL ACTION B- 95-107

United States District Court
Southern District of Texas
ENTERED

MAY 14 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Order Canceling Hearing

1. The Motion hearing set __5-21-99 at 10:00AM__, has been canceled.

2. Each party must send a copy of this order to every other party and affected non-party.

Signed on __May 13th__, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge