UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
P. O. DRAWER 1633
500 E. 10TH ST., SUITE 333
BROWNSVILLE, TEXAS 78522

United States District Court
Southern District of Texas
ENTERED

MAY 17 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

CHAMBERS OF
FELIX RECIO
MAGISTRATE JUDGE

May 17, 1999

PHONE (956) 548-2564

Mr. Ricardo M. Adobbati
ADOBBATI & ESPARZA
134 E. Price Road
Brownsville, TX 78521

Ms. Dylbia L. Jefferies Vega, Attorney
Civil Legal Department Commissioners Court
964 East Harrison Street
Brownsville, TX 78520

RE: C.A. No. B-95-107, RAMON MARTIN ARAMBULA VS.
CAMERON COUNTY SHERIFF'S DEPARTMENT, ET AL

Counselors:

This is to inform you that the scheduled hearing for May 21, 1999, in the above-referenced case is cancelled.

This matter has been referred to me with instructions to review the case and prepare a report and recommendation for U.S. District Judge Tagle.

In order to familiarize myself with the history of this case, I am scheduling a status conference for May 21, 1999, at 9:00 a.m., in my chambers.

Until then, I remain

Respectfully,

Felix Recio

FR:lmv