53

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| RAMON MARTIN ARAMBULA | * | |
| | * | |
| VS | * | C.A. NO. B95-107 |
| | * | |
| CAMERON COUNTY SHERIFF'S OFFICE, ET AL | * | |

## SCHEDULING ORDER

On this day a status conference was held in the above-entitled and numbered cause of action, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All discovery in this case must be completed by **June 26, 1999**;

(2) Answers to interrogatories and admissions shall be filed by **June 28, 1999**; and

(3) Amended pleadings, if necessary, shall be filed after **June 26, 1999**.

DONE at Brownsville, Texas, on **May 21, 1999**.

_____
Felix Recio
United States Magistrate Judge