54

United States District Court
Southern District of Texas
ENTERED

JUL 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

RAMON MARTIN ARAMBULA         *
                              *
    VS                        *   C.A. NO. B95 107
                              *
CAMERON COUNTY SHERIFF'S OFFICE,*
ET AL

## ORDER SETTING CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **Friday, August 6, 1999, at 2:00 p.m.**

DONE at Brownsville, Texas, this 29th day of July, 1999.

Felix Recio
United States Magistrate Judge
Federal Courthouse, Ste 203
600 E. Harrison
Brownsville, TX  78520-7152
956/548-2701