59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 28 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

RAMON MARTIN ARAMBULA          *
                               *
VS                             *   C.A. NO. B-95-107
                               *
CAMERON COUNTY SHERIFF'S       *
DEPARTMENT, ET AL

# ORDER DENYING APPLICATION FOR
# WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On this the 28th day of September, 1999, came on to be considered Plaintiff's Application for Writ of Habeas Corpus Ad Testificandum. The Court after considering said Application is of the opinion that the Application should be denied.

**IT IS SO ORDERED.**

Done at Brownsville, Texas, this 28th day of September 1999.

_____
Felix Recio
United States Magistrate Judge