62

United States District Court
Southern District of Texas
ENTERED

OCT 1 9 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAMON MARTIN ARAMBULA | § | |
| | § | |
| VS. | § | |
| | § | CASE NO. B-95-107 |
| CAMERON COUNTY SHERIFF'S | § | |
| DEPARTMENT and WENCESLAO | § | |
| MELENDEZ | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND DEADLINE TO FILE REPLY TO MAGISTRATE REPORT AND RECOMMENDATION

On this day, came on to be considered, Plaintiff's Unopposed Motion for Leave to Extend Deadline to File Reply to Magistrate Report and Recommendation in the above styled and numbered cause. The Court having considered said motion together with the documents on file is of the opinion that same should be GRANTED.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Plaintiff is granted an extension of time to file a response to Magistrate's Report and Recommendation until October 27, 1999.

All other and further relief not expressly requested is hereby denied.

U.S. Magistrate Judge

6