64

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 17 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| RAMON MARTIN ARAMBULA, § | |
| Plaintiff § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. B-95-107 |
| CAMERON COUNTY § | |
| SHERIFF'S DEPARTMENT and § | |
| WENCESLAO MELENDEZ § | |
| Defendants § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 29, 1999 be ADOPTED.

Therefore, Defendants Cameron County and Wenceslao Melendez' Motion for Summary Judgment (Docket No. 27) is

 GRANTED as to Plaintiff's 42 U.S.C. §1983 claims against Cameron County and
  Melendez in his official capacity;

 GRANTED as to Plaintiff's 42 U.S.C. §1983 claims against Melendez in his
  individual capacity; and

 GRANTED as to Plaintiff's 42 U.S.C. §1983 claims against the Cameron County
  Sheriff's Department.

Furthermore, Plaintiff's Texas Tort Claims Act claims against Cameron County, the Cameron County Sheriff's Department, and Wenceslao Melendez in his official and individual capacity are hereby DISMISSED.

As the above rulings dispose of the claims against Melendez in his individual capacity, Defendant Wenceslao Melendez' Motion for Summary Judgment (Docket No. 56) is moot.

9

DONE in Brownsville, Texas on this __17__ day of __Feb__, ~~1999~~ 2000.

_____
Hilda G. Tagle
United States District Judge

10